IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Matterhorn Group, Inc.,<br><br>            Debtor.<br>_____<br><br>Vitafreeze Frozen Confections, Inc.,<br><br>            Debtor.<br>_____<br><br>Deluxe Ice Cream Company,<br><br>            Debtor.<br>_____ | 2:10-cv-02975-GEB-EFB<br><br>ORDER |

      The parties filed a stipulation on November 23, 2010, in related case In re Matterhorn Group, Inc., Case No. 2:10-cv-02849-GEB-EFB, in which they "stipulate and agree that they have resolved their differences in the contested matter sought to be withdrawn . . . ." (ECF No. 14, 2:2-4.) The parties further state in the stipulation that "[t]he rejection of the collective bargaining agreements is no longer at issue, and substantially all of Debtors' assets are scheduled for imminent sale . . . ." Id. 2:5-7.

1  It is evident that the Debtors' Motion for an Order Approving
2 Sale of Substantially all of the Debtors' Assets sought to be withdrawn
3 in the Creditors' pending Motion to Withdraw Reference is resolved.
4 Therefore, the pending Motion to Withdraw is deemed withdrawn and this
5 case shall be closed.

Dated:   November 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge